United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-12785-mdc
David B. Jobst, Jr.                                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 2           Date Rcvd: Jul 31, 2017
                            Form ID: 138NEW        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
```
db            +David B. Jobst, Jr.,    128 Elderberry Drive,    Levittown, PA 19054-2705
13282599      +Beneficial/HSBC,    Customer Service,    PO Box 1547,    Chesapeake, VA 23327-1547
13282600      +Equifax Information Services,    PO box 740256,    Atlanta, GA 30374-0256
13290414      +HARLEY-DAVIDSON CREDIT CORP,    PO BOX 9013,    ADDISON,TEXAS 75001-9013
13282601       Harley Davidson Financial Services,    PO Box 15129,    Palatine, IL  60055-5129
13282602     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,     PO Box 619096,    Dallas, TX 75261-9741)
13394388      +Nationstar Mortgage LLC,    (payment address),    PO Box 619094,    Dallas, TX 75261-9094
13327326      +Nationstar Mortgage LLC,    c/o Andrew F. Gornall, Esq.,    KML Law Group PC,
               701 Market St., Ste. 5000,    Phila., PA 19106-1541
13839179      +Nationstar Mortgage LLC,    c/o Thomas Puleo, Esq.,    KML Law Group PC,
               701 Market St., Ste. 5000,    Phila., PA 19106-1541
13471516      +Nationstar Mortgage LLC,    c/o Joseph A. Dessoye, Esq.,    Phelan Hallinan Diamond & Jones LLP,
               1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103-1823
13401517      +Patricia M. Mayer, P.C.,    301 Oxford Valley Road, Suite 203B,    Yardley, PA 19067-7708
13282603       Sears/CBNA,    PO  Box 6282,    Sioux Falls, SD  57117-6282
13282604      +TransUnion,    PO Box 6790,    Fullerton, CA 92834-9416
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:22     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2017 01:48:36
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2017 01:49:18     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Nationstar Mortgage LLC paeb@fedphe.com
          KARROLLANNE CAYCE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC ecfmail@aldridgepite.com,
           kcayce@ecf.inforuptcy.com
          KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
          MARTIN A. MOONEY    on behalf of Creditor    Harley-Davidson Credit Corp.
           tshariff@schillerknapp.com,    ahight@schillerknapp.com
          MARTIN A. MOONEY    on behalf of Defendant    Harley Davidson Credit Corp.
           tshariff@schillerknapp.com,    ahight@schillerknapp.com
          PATRICIA M. MAYER    on behalf of Debtor David B. Jobst, Jr. pmayer.esq@comcast.net,
           nydia.ramirez@comcast.net
          PATRICIA M. MAYER    on behalf of Plaintiff David B. Jobst, Jr. pmayer.esq@comcast.net,
           nydia.ramirez@comcast.net
```

```
District/off: 0313-2          User: PaulP               Page 2 of 2                  Date Rcvd: Jul 31, 2017
                              Form ID: 138NEW           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                   TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: David B. Jobst, Jr.
        Debtor(s)

Bankruptcy No: 14−12785−mdc
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/31/17

39 − 38
Form 138_new