United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-12785-mdc
David B. Jobst, Jr.                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi            Page 1 of 1            Date Rcvd: Sep 08, 2017
                             Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
db              +David B. Jobst, Jr.,   128 Elderberry Drive,   Levittown, PA 19054-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Nationstar Mortgage LLC paeb@fedphe.com
              KARROLLANNE CAYCE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC ecfmail@aldridgepite.com,
               kcayce@ecf.inforuptcy.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              MARTIN A. MOONEY    on behalf of Creditor    Harley Davidson Credit Corp.
               tshariff@schillerknapp.com,  ahight@schillerknapp.com
              MARTIN A. MOONEY    on behalf of Creditor    Harley-Davidson Credit Corp.
               tshariff@schillerknapp.com,  ahight@schillerknapp.com
              PATRICIA M. MAYER    on behalf of Plaintiff David B. Jobst, Jr. pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              PATRICIA M. MAYER    on behalf of Debtor David B. Jobst, Jr. pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 12

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In re:                                                    : Chapter 13


David B. Jobst, Jr.                                       : Case No. 14−12785−mdc
          Debtor(s)


***ORDER***

_____


AND NOW, this day , September 8, 2017 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court